Matter of Kerri W.S. v Zucker (2023 NY Slip Op 06663)

Matter of Kerri W.S. v Zucker

2023 NY Slip Op 06663

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, NOWAK, AND DELCONTE, JJ.

942 CA 23-00103

[*1]IN THE MATTER OF KERRI W.S., PSYD., AND CARL J.S., JR., J.D., MA, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR SON, T.S., PETITIONERS-APPELLANTS,
v
HOWARD ZUCKER, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF HEALTH FOR STATE OF NEW YORK, NEW YORK STATE DEPARTMENT OF HEALTH, MARK FRENZEL, IN HIS OFFICIAL CAPACITY AS PRINCIPAL OF MONROE ONE BOCES, FAIRPORT, AND MONROE ONE BOCES, FAIRPORT, RESPONDENTS-RESPONDENTS. 

PATRICIA FINN ATTORNEY, P.C., NANUET (PATRICIA FINN OF COUNSEL), FOR PETITIONERS-APPELLANTS.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (DUSTIN J. BROCKNER OF COUNSEL), FOR RESPONDENTS-RESPONDENTS HOWARD ZUCKER, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF HEALTH FOR STATE OF NEW YORK, AND NEW YORK STATE DEPARTMENT OF HEALTH. 
HARRIS BEACH PLLC, PITTSFORD (JOSHUA D. STEELE OF COUNSEL), FOR RESPONDENTS-RESPONDENTS MARK FRENZEL, IN HIS OFFICIAL CAPACITY AS PRINCIPAL OF MONROE ONE BOCES, FAIRPORT, AND MONROE ONE BOCES,

 Appeal from a judgment of the Supreme Court, Yates County (Daniel J. Doyle, J.), entered January 3, 2023, in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court